CHARLES GORHAM ALLEN, Respondent, *v.* THE MANHATTAN RAILWAY COMPANY, Appellant.

(Argued January 26, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made

January 12, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Brainard Tolles* for appellant.

*Abel E. Blackmar* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.